# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**In the Matter of**:

   Agnieszka I. Lubowicka

**Debtor(s)**

Case No. 16-20728

Chapter 13

Judge Jacqueline P. Cox

Cook County

## NOTICE OF MOTION

TO:

Thomas H. Hooper, Chapter 13 Trustee, 55 E. Monroe St., Suite 3850, Chicago, IL 60603, via electronic court notification;

Toyota Financial Services, 19001 S. Western Ave., Torrance, CA 90501, via U.S. Mail;

Terri M. Long, Attorney for Toyota Motor Credit Corp., 15W030 North Frontage Rd., Suite 100, Burr Ridge, IL 60527, via U.S. Mail;

Illinois Department of Revenue, Bankruptcy Department, P.O. Box 19035, Springfield, IL 62794-9035, via U.S. Mail;

Robert Lynch, III, Attorney for Illinois Department of Revenue, 100 W. Randolph St., 13th Floor, Chicago, IL 60601, via U.S. Mail;

Agnieszka I. Lubowicka, 503 Spruce Court, Schaumburg, IL 60193; via U.S. mail;

SEE ATTACHED ADDRESSES

     PLEASE TAKE NOTICE that on March 28, 2022, at 9:00 a.m., I will appear before the Honorable Jacqueline P. Cox, or any judge sitting in Judge Cox's place, and present the motion of Debtor to Modify Plan, a copy of which is attached.

     **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, (1) use this link: https://www.zoomgov.com/. (2) Enter the meeting ID 1612732896. (3) Enter the passcode 778135.

**To appear by telephone**, (1) call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. (2) Enter the meeting ID 1612732896. (3) Enter passcode 778135.

**When prompted identify yourself by stating your full name.**

**To reach Judge Cox's web page** go to www.ilnb.uscourts.gov and click on the tab for Judges.

**If you object to this motion** and want it called on the presentment date above, you may file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may call the matter regardless

## PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 8707 Skokie Blvd Suite 305, Skokie, IL 60077 on March 7, 2022, except that the Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.


/s/ David Freydin_____
David Freydin, Esq
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
Phone: 847.972.6157

```
Label Matrix for local noticing        U.S. Bankruptcy Court                  Anil Keerthi
0752-1                                  Eastern Division                       3210 Deerpath Lane
Case 16-20728                           219 S Dearborn                         Carpentersville, IL 60110-3460
Northern District of Illinois           7th Floor
Chicago                                 Chicago, IL 60604-1702
Mon Jun 27 14:47:31 CDT 2016

Barclays Bank                           Capital One                            Citi Cards
125 S. West St.                         PO BOX 30281                           PO Box 6077
Wilmington, DE 19801-5014               Salt Lake City, UT 84130-0281          Sioux Falls, SD 57117-6077


Convergent Outsourcing                  (p)ILLINOIS DEPARTMENT OF REVENUE      Internal Revenue Service
PO BOX 9004                             BANKRUPTCY DEPARTMENT                  PO BOX 7346
Renton, WA 98057-9004                   P O BOX 64338                          Philadelphia, PA 19101-7346
                                        CHICAGO IL 60664-0338


(p)PORTFOLIO RECOVERY ASSOCIATES LLC    Schaumburg Toyota                      Slawomir Lubowicki
PO BOX 41067                            125 W. Higgins                         518 Del Lago Dr.
NORFOLK VA 23541-1067                   Hoffman Estates, IL 60169-4913         Schaumburg, IL 60173-2034


Synchrony Bank                          (p)TOYOTA MOTOR CREDIT CORPORATION     Agnieszka I Lubowicka
PO BOX  530942                          PO BOX 8026                            518 Del Lago Dr.
Atlanta, GA 30353-0942                  CEDAR RAPIDS IA 52408-8026             Schaumburg, IL 60173-2034


David Freydin                           Patrick S Layng                        Tom Vaughn
Law Offices of David Freydin Ltd        Office of the U.S. Trustee, Region 11  55 E. Monroe Street, Suite 3850
579 W. North Ave                        219 S Dearborn St                      Chicago, IL 60603-5764
Suite 203                               Room 873
Elmhurst, IL 60126-2144                 Chicago, IL 60604-2027
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Illinois Department of Revenue          Portfolio Recovery Associates LLC      Toyota Financial Services
101 West Jefferson St.                  PO BOX 12914                           Bankruptcy Department
Springfield, IL 62702                   Norfolk, VA 23541                      19001 S. Western Ave.
                                                                               Torrance, CA 90501
```

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**In the Matter of**:  }
}  Case No. 16-20728
Agnieszka I. Lubowicka  }
}  Chapter 13
}
}  Judge Jacqueline P. Cox
}
**Debtor(s)**  }  Cook County

## DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES THE DEBTOR, by and through her attorney, David Freydin, and requests that this Honorable Court modify the Chapter 13 Plan under Section 1329 for the reasons below, and in support thereof, states as follows:

1. That the Debtor filed a Chapter 13 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 16-20728 on June 26, 2016.

2. That this Honorable Court confirmed the Debtor's Chapter 13 Plan on August 15, 2016, with secured creditors to be paid 100.00% and general unsecured creditors to be paid 10.00%.

3. That the Debtor has not converted the instant Chapter 13 case to a Chapter 7 case.

4. That the Debtor's confirmed plan requires her to pay $380.00 per month for a minimum of 36 months.

5. That in late 2021, Debtor submitted a series of payments to the Trustee which all parties believed to be sufficient to pay off Debtor's case.

6. That the Trustee's website indicates that the case has been paid in full.

7. That the Debtor requests that this plan be modified to lower the General Unsecured Creditors percentage from 10% to 2.34% with a total paid into the plan of $16,861.10

8. That Debtor believes that the Trustee will agree to this modification to allow Debtor to receive her discharge and for the Trustee to close out this case.

9. That the Debtor filed the instant case in good faith and, with this modification, has completed the Plan of Reorganization.

    WHEREFORE THE MOVANT PRAYS that this Honorable Court enter an order modifying the Chapter 13 plan as follows:

    A. Lower the percentage to GUC from 10.00% to 2.34% with a total paid into the plan of $16,861.10;

    B. For such other and further relief as this Court deems just and proper.


/s/ David Freydin_____
David Freydin
Law Offices of David Freydin, PC
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
Phone: 847.972.6157